### TRAMMELL & McCOWEN v. BROOKS.

FISH, J. The charges excepted to were appropriate to the issues made by the pleadings and evidence, and the finding of which complaint is made in the motion for a new trial was sufficiently supported by the evidence.

*Judgment affirmed. All the Justices concurring.*

Submitted November 7,—Decided November 29, 1900.

Action for damages. Before Judge Clark. City court of Forsyth. July term, 1900.

*Stone & Williamson,* for plaintiffs.
*Persons & Persons,* for defendant.